**Abatement Order filed February 26, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00508-CR
_____

**BRYAN SAUNDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 14**
**Harris County, Texas**
**Trial Court Cause No. 1929966**

---

## ABATEMENT ORDER

Appellant challenges the trial court's order denying his motion to suppress. Although appellant requested findings of fact and conclusions of law, none have been filed. When the losing party on a motion to suppress requests findings of fact and conclusions of law, the trial court is required to make them. *State v. Cullen*, 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006).

Accordingly, the trial court is directed to reduce to writing its findings of

fact and conclusions of law on the denial of appellant's motion to suppress and have a supplemental clerk's record containing those findings filed with the clerk of this court on or before **March 24, 2015**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.


PER CURIAM